UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR 416-193

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No._____ |
| | ) | |
| v. | ) | VIO: 21 U.S.C. § 844 |
| | ) | Simple Possession of a |
| ANGELO G. ROMERO | ) | Controlled Substance |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about January 10, 2016, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ANGELO G. ROMERO**

did knowingly and intentionally possess hydrocodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844.

### COUNT TWO

On or about January 10, 2016, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ANGELO G. ROMERO**

did knowingly and intentionally possess alprazolam (Xanax), a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 844.

Jennifer G. Solari
Assistant U.S. Attorney

EDWARD J. TARVER
UNITED STATES ATTORNEY

Elizabeth G. Smitham
Special Assistant U.S. Attorney
Texas Bar No. 24090399