AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: **10/14/16**  Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: **937 Oak Crest Dr. Hinesville GA.**

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing informationcontained in the Return of Service is true and correct.

Returned on   Date

**Steve Smith**
Name of United States Marshal

_(signature)_
(by) Deputy United States Marshal

Remarks:

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2016 OCT 14 PM 3:44 CLERK SO. DIST. OF GA.